| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 223745-3<br>Attorneys for Secured Creditor: U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 |
| In Re:<br><br>Millicent Walters |

Case No.: 17-24588-JNP
Chapter 13

Hearing Date: January 17, 2018
Time: 10:00 AM

Judge: Jerrold N Poslusny, Jr

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 ("Secured Creditor"), by and through its counsel, Andrew M. Lubin, Esquire, of MILSTEAD & ASSOCIATES, LLC, as and for an Objection to Confirmation of Debtor's Chapter 13 Plan, states the following grounds therefore:

1. On July 19, 2017, Debtor, Millicent Walters filed a petition pursuant to Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey.

2. Secured Creditor is the holder of a first mortgage on real property owned by the Debtor known as and located at 249a Grand Street, Camden, NJ 08105 (the "Property").

3. Secured Creditor has filed its Proof of Claim in this matter on November 14, 2017 at claim number 8-1.

4. As set forth in the aforementioned proof of claim, as of the date of the filing of the

instant Chapter 13 petition, total arrears due to Secured Creditor through the Plan are $0.00 with a secured claim amount of $55,753.76.

5. The real property located at 249a Grand Avenue, Camden, New Jersey, is listed for a proposed treatment in both Part 4b and Part 4e of the Debtor's Plan.

6. Additionally, a treatment is proposed for a secured creditor in part 4d. of the plan, stating that the secured claim is unaffected by the Plan.

7. Secured Creditor objects until the treatment of Secured Creditor's claim is clarified.

WHEREFORE, Secured Creditor respectfully requests that the Court deny confirmation of the Chapter 13 Plan for the reasons hereinabove set forth and for such other and further relief as to the Court may seem just and proper.

DATED: January 10, 2018

Respectfully submitted
MILSTEAD & ASSOCIATES, LLC

/s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Secured Creditor

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 223745-3<br>Attorneys for Secured Creditor: U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 | |
| In Re:<br><br>Millicent Walters | Case No.: 17-24588-JNP<br>Chapter 13<br><br>Judge: Jerrold N Poslusny, Jr |

## CERTIFICATION OF SERVICE

1. I, <u>Andrew M. Lubin, Esquire</u>:

   ☑ represent the <u>Movant</u> in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>January 10, 2018</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

| Objection to plan |
|---|

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: January 10, 2018                              /s/   Andrew M. Lubin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Daniel M. Replogle, III<br>Daniel M. Replogle, III, LLC<br>105 East Atlantic Avenue<br>Haddon Heights, NJ 08035 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Millicent Walters<br>249a Grand St<br>Camden, NJ 08105 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.