Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24588−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Millicent Walters
    249 Grand Ave
    Camden, NJ 08105−2151

Social Security No.:
    xxx−xx−2937

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/7/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2020
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 17-24588-JNP
Millicent Walters    Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Millicent Walters, 249 Grand Ave, Camden, NJ 08105-2151 |
| 516950535 | | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 516950536 | | City of Camden, PO Box 52747, Phoenix, AZ 85072-2747 |
| 516950537 | | Credit One, Credit, 1 Bank, City of Industry, CA 91716-0500 |
| 516950538 | | First Bank Card, PO Box 2951, Omaha, NE 68103-2951 |
| 516950540 | | New Jersey American Water Company, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516950541 | | One Main Lending, 1 Main Financial, Louisville, KY 40290-1122 |
| 516966364 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 517119701 | + | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101-4982 |
| 516950542 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 516950543 | | SLS, 3742 Lucent Blvd Ste 300, Highlands Ranch, CO 80126 |
| 517653116 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517653117 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516950544 | | Terminex, Terminex Processing Center, PO Box 742592, Cincinnati, OH 45274-2592 |
| 517058801 | + | Wilmington Savings Fund Society,, FSB Trustee(See410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2020 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2020 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517071986 | | EDI: GMACFS.COM | Oct 08 2020 01:43:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516950534 | | EDI: CAPITALONE.COM | Oct 08 2020 01:43:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517036270 | | EDI: CAPITALONE.COM | Oct 08 2020 01:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516950539 | | EDI: HFC.COM | Oct 08 2020 01:43:00 | HFC, PO Box 5233, Carol Stream, IL 60197-5233 |
| 517089107 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2020 22:57:24 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516996187 | | EDI: AGFINANCE.COM | | |

Case 17-24588-JNP   Doc 46   Filed 10/09/20   Entered 10/10/20 00:59:16   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 29 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 08 2020 01:43:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517078619 | EDI: PRA.COM | Oct 08 2020 01:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517078620 | EDI: PRA.COM | Oct 08 2020 01:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517284204 | + Email/Text: bankruptcy@pseg.com | Oct 07 2020 22:16:00 | PSE@G Attn: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |
| 517178549 | Email/Text: jennifer.chacon@spservicing.com | Oct 07 2020 22:18:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517181228 | Email/Text: jennifer.chacon@spservicing.com | Oct 07 2020 22:18:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516950545 | EDI: VERIZONCOMB.COM | Oct 08 2020 01:43:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518176645 | | Daniel M Replogle |
| 518040169 | ##+ | Daniel M. Replogle, III, Esquire, 105 East Atlantic Avenue, Haddon Heights, NJ 08035-1901 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank National Association, as indenture trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Charles H. Jeanfreau | on behalf of Creditor Specialized Loan Servicing as servicer for Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Tru charles.jeanfreau@mccalla.com, BNCmail@w-legal.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 07, 2020 | Form ID: 148 | Total Noticed: 29 |

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
    on behalf of Debtor Millicent Walters jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Stephanie F. Ritigstein
    on behalf of Debtor Millicent Walters jenkins.clayman@verizon.net  connor@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9