UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Order Filed on October 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    MILLICENT WALTERS

| | |
|---|---|
| Case No: | 17-24588-JNP |
| Hearing Date: | |
| Judge: | Jerrold N. Poslusny Jr. |
| Chapter: | 13 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: October 7, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☒    The debtor(s)' case is hereby DISMISSED

☐    The debtor(s)' plan is allowed to continue at the regular monthly payment of _____ for a period of ___ months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☐    An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒    Other:

☒    IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

☐    IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears being capitalized throught the debtor(s)' plan, and the plan shall continue at _____ which represents total receipts applied to plan.

2

IS_CHH_5001_OTBS

☐   IT IS FURTHER ORDERED that the debtor(s)' case is allowed to

continue with a lump sum payment of _____ due within \_\_ days from

the date of this Order.

☐   IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed,

such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for

Chapter 13 bankruptcy protection for a period of \_\_ from the date of dismissal of debtor(s)'

case.

☐   IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier

payments of

☐   This order incorporates a fee application for debtor(s)' attorney in the

amount of _____ pending Court approval.

☐   A status hearing shall be held on _____.

IS_CHH_5001_OTBS

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-24588-JNP

Millicent Walters                                                   Chapter 13
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                                  Page 1 of 2
Date Rcvd: Oct 07, 2020                  Form ID: pdf903                         Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

**Recip ID**            **Recipient Name and Address**
db                      Millicent Walters, 249 Grand Ave, Camden, NJ 08105-2151

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

**Name**                    **Email Address**

Andrew M. Lubin
                            on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank National Association, as indenture trustee
                            bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Andrew M. Lubin
                            on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3,
                            Mortgage-Backed Notes, Series 2017-3 bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Charles H. Jeanfreau
                            on behalf of Creditor Specialized Loan Servicing as servicer for Wilmington Savings Fund Society  FSB, DBA Christiana Trust,
                            not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Tru charles.jeanfreau@mccalla.com,
                            BNCmail@w-legal.com

Denise E. Carlon
                            on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3,
                            Mortgage-Backed Notes, Series 2017-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
                            on behalf of Debtor Millicent Walters jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Isabel C. Balboa
                            ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                          on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Stephanie F. Ritigstein
                          on behalf of Debtor Millicent Walters jenkins.clayman@verizon.net  connor@jenkinsclayman.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9